

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2020

**By ECF and E-Mail**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    ***United States* v. *David Hu*, 20 Cr. 360 (AKH)**

Dear Judge Hellerstein:

      With reference to the Government's letter filed earlier today, in view of scheduling difficulties, the Government respectfully requests that the Court convert the currently scheduled remote plea proceeding on January 7, 2021, at 10:00 a.m. to a remote *Curcio* proceeding on the same date and time. (The Government has not been able to immediately contact defense counsel regarding this re-scheduling, but is aware that counsel and the defendant had reserved the January 7th date for the plea). The parties will contact the Court regarding re-scheduling the plea proceeding at the appropriate time.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      Acting United States Attorney

By:   /s
        Drew Skinner / Negar Tekeei / Alex Rossmiller
        Assistant United States Attorneys
        (212) 637-1587

cc:   Counsel for David Hu (by ECF)

*So Ordered*
*A. K. Hellerstein*
*12-14-2020*