UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES,

             -against-

DAVID HU.

                     Defendant.
---------------------------------------------------------------- x

**ORDER**

20 Cr. 360 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 7, 2021, I held a telephonic hearing in the above-captioned matter. As discussed during the hearing, the clerk is hereby directed to terminate ECF Nos. 11, 14, 16, and 22.

        SO ORDERED.

Dated:    January 7, 2021        _____/s/ Alvin K. Hellerstein_____
            New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge