UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES,

                -against-

DAVID HU.

                           Defendant.

------------------------------------------------------------ x

**ORDER**

20 Cr. 360 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 7, 2021, I held a telephonic *Curcio* hearing in the above-captioned matter. After hearing independent's counsel as to the absence of conflict and Defendant's waiver of any potential conflict, and after my own allocution of defendant, I find that there is no conflict, and that Defendant has waived any potential conflict. Thus, there is no reason that Schulte Roth & Zabel, LLP, nor its partners Bohrer and Schiffman, may not continue their representation of David Hu.

        SO ORDERED.

Dated:    January 7, 2021        _____/s/ Alvin K. Hellerstein_____
             New York, New York       ALVIN K. HELLERSTEIN
                                                   United States District Judge