**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

June 24, 2021

Sentencing is hereby adjourned until September 20, 2021, at 2:30 pm.
So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/29/21

**VIA E-MAIL**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v David Hu 1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

      I write to request an adjournment of the sentencing of our client, David Hu, currently scheduled for July 28, 2021, until August 27, 2021. The Government has authorized me to state that it does not object to this request, or a date as soon thereafter as the Court is available. In that regard, the parties propose the following schedule for our respective submissions to the Court: defendant's submission on August 13; the Government's submission on August 20.

      Very truly yours,

      Barry A. Bohrer

cc:    AUSAs Alex Rossmiller, Drew Skinner, and Negal Tekeei

DOC ID - 36599955.1