**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2733

Writer's E-mail Address
Howard.Schiffman@srz.com

October 4, 2021

**VIA E-MAIL**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v David Hu 1 20 Cr. 360 (AKH)</u>

Dear Judge Hellerstein:

    I write along with my co-counsel, Barry A. Bohrer, now of the Mintz Levin firm, to request an adjournment of the sentencing of our client, David Hu, currently scheduled for October 20, 2021, until November 19, 2021. The Government has authorized me to state that it does not object to this request, or a date as soon thereafter as the Court is available. In that regard, the parties propose the following schedule for our respective submissions to the Court: defendant's submission on November 5; the Government's submission on November 12.

    Very truly yours,

/s/ Howard Schiffman

Howard Schiffman
Schulte Roth & Zabel LLP

/s/ Barry A. Bohrer

Barry A. Bohrer
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

cc:    AUSAs Alex Rossmiller, Drew Skinner, and Negal Tekeei

DOC ID - 37123498.1