# Schulte Roth&Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2733

Writer's E-mail Address
Howard.Schiffman@srz.com

December 21, 2021

*[Handwritten: Sentencing is adjourned until February 24, 2022 at 10:30 a.m. — /s/ A.K. Hellerstein  12-27-2021]*

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v David Hu 1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

I write along with my co-counsel, Barry A. Bohrer to request an adjournment of the sentencing of our client, David Hu, currently scheduled for January 7, 2022, until February 14, 2022. The Government has authorized me to state that it does not object to this request for adjournment, or an adjournment to a date as soon thereafter as the Court is available. In that regard, we propose the following schedule for our respective submissions to the Court: defendant's submission on January 31; the Government's submission on February 7.

Very truly yours,

/s/ Howard Schiffman

Howard Schiffman
Schulte Roth & Zabel LLP

/s/ Barry A. Bohrer

Barry A. Bohrer
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

cc:   AUSAs Alex Rossmiller, Drew Skinner, and Negal Tekeei

DOC ID - 37528720.1