**Schulte Roth & Zabel LLP**

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2733

Writer's E-mail Address
Howard.Schiffman@srz.com

February 9, 2022

The request is granted. The sentencing is adjourned from February 24, 2022 to April 6, 2022, at 2:30 p.m.

**VIA ECF**

SO ORDERED.

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

/s/ Alvin K. Hellerstein
February 10, 2022

Re:   United States v David Hu 1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

I write along with my co-counsel, Barry A. Bohrer, to request an adjournment of the sentencing of our client, David Hu, currently scheduled for February 24, 2022, until March 28, 2022. We respectfully request this adjournment due to health concerns among counsel regarding the ongoing COVID-19 public health emergency. The Government has authorized me to state that it does not object to this request for adjournment, or an adjournment to a date as soon thereafter as the Court is available.[1] In that regard, we propose the following schedule for our respective submissions to the Court: defendant's submission on March 10; the Government's submission on March 17.

Very truly yours,

/s/ Howard Schiffman

Howard Schiffman
Schulte Roth & Zabel LLP

/s/ Barry A. Bohrer

Barry A. Bohrer
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

cc:   AUSAs Alex Rossmiller, Drew Skinner, and Negal Tekeei

---

[1] Please be advised that, should the Court select a later date, Mr. Schiffman is unavailable between April 4-6, 2022 due to a scheduled surgical procedure.

DOC ID - 37672726.1