**Schulte Roth & Zabel LLP**

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

SO ORDERED.

/s/ Alvin K. Hellerstein
February 23, 2022

Writer's Direct Number
212.756.2733

Writer's E-mail Address
Howard.Schiffman@srz.com

February 22, 2022

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v David Hu 1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

I write along with my co-counsel, Barry A. Bohrer, to request approval *nunc pro tunc* for our client, David Hu, to travel for family reasons between February 20 and March 6, 2022. We have discussed this matter with both counsel for the Government and Mr. Hu's Pretrial Services Officer, Ms. Toledo, and neither object to this request.

Mr. Hu contacted his counsel last week to request permission to travel along with his wife between February 20 through March 6 to attend the wedding of their niece/goddaughter in Los Angeles, California, and to visit their daughter, Kelly, who resides nearby in San Diego. Mr. Hu departed on a flight from Newark to San Diego for that purpose on February 20. Please note that this request was not submitted prior to Mr. Hu's departure due to confusion by his counsel concerning the applicable dates, and not due to any failure by Mr. Hu to request permission in advance. Mr. Hu and his wife plan to be in the San Diego area until February 23, at which time they will drive to Los Angeles for the wedding on February 25. They plan to drive back to San Diego on March 1 before their return flight to Newark on March 6.

Very truly yours,

/s/ Howard Schiffman
Howard Schiffman
Schulte Roth & Zabel LLP

/s/ Barry A. Bohrer
Barry A. Bohrer
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

cc: AUSAs Alex Rossmiller, Drew Skinner, and Negal Tekeei

DOC ID - 37735721.1