3UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA          :
                                  :
                                  :     **ORDER ADJOURNING**
         -against-                :     **HEARING**
                                  :
                                  :     20 Cr. 360 (AKH)
DAVID HU,                         :
                                  :
                  Defendant.      :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The hearing to resolve outstanding restitutions issues, previously scheduled for May 16, 2022, is adjourned to June 29, 2022, at 11:00 a.m.

       SO ORDERED.

Dated:    May 17, 2022              ___/s/ Alvin K. Hellerstein_____
            New York, New York         ALVIN K. HELLERSTEIN
                                           United States District Judge