UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES,

            -against-

DAVID HU,

                    Defendant.
------------------------------------------------------------ x

**SCHEDULING ORDER**

20 Cr. 360 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for June 29, 2022 is adjourned to July 6, 2022, at 10:30 a.m.

        SO ORDERED.

Dated:    June 27, 2022              /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                             United States District Judge