UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DAVID HU,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT ORDER OF
FORFEITURE / MONEY
JUDGMENT

20 Cr. 360 (AKH)

        WHEREAS, on or about July 17, 2020, DAVID HU (the "Defendant"), was charged in a three-count Information 20 Cr. 360 (AKH) (the "Information") with conspiracy to commit investment adviser fraud, securities fraud and wire fraud, in violation of Title 18, United States Code, Section 371 (Count One); securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff and Title 18, United States Code, Section 2 (Count Two); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three);

        WHEREAS, the Information included a forfeiture allegation as to Counts One through Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Three of the Information;

        WHEREAS, on or about January 28, 2021, the Defendant pled guilty to Counts One through Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Three of the Information and agreed to forfeit a sum of money equal to $129,506,992 in United States currency

representing the amount of proceeds traceable to the commission of the offenses alleged in Counts One through Three of this Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $129,506,992 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Drew Skinner, Negar Tekeei, and Alex Rossmiller, of counsel, and the Defendant, and his counsel, Jason T. Mitchell, Esq., and Howard Schiffman, Esq., that:

1. As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $129,506,992 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture / Money Judgment is final as to the Defendant, DAVID HU, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Order of Forfeiture / Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Order of Forfeiture / Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/ Drew Skinner_____        6/27/22
    Drew Skinner/Negar Tekeei/Alex Rossmiller     DATE
    Assistant United States Attorneys
    One Saint Andrews Plaza
    New York, NY 10007
    (212) 637-1587


DAVID HU

By: _____          June 27, 2022
    DAVID HU                                    DATE

By: _____          6/28/22
    Jason T. Mitchell, Esq.                     DATE
    Howard Schiffman, Esq.
    Schulte Roth & Zabel LLP
    919 Third Avenue
    New York, New York 10022
    Attorneys for Defendant


SO ORDERED:

_____              _____
HONORABLE ALVIN K. HELLERSTEIN                 DATE
UNITED STATES DISTRICT JUDGE