**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

SO ORDERED.

/s/ Alvin K. Hellerstein
July 28, 2022

Writer's Direct Number
212.756.2733

Writer's E-mail Address
Howard.Schiffman@srz.com

July 25, 2022

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

   Re: United States v David Hu 1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

  I write along with my co-counsel, Barry A. Bohrer, in connection with the above-captioned matter. We write to respectfully request that the surrender date for our client, Mr. Hu, currently scheduled for August 2, 2022, be adjourned two weeks, until August 16, 2022. The purpose for the requested adjournment is to enable Mr. Hu's assignment to the United States Penitentiary Lompoc Satellite Camp ("Lompoc"), as recommended by the Court in connection with its June 30, 2022 Judgment, to be finalized prior to his surrender. Mr. Hu has retained a consultant who has been working diligently with the Bureau of Prisons regarding Mr. Hu's surrender and assignment to the Lompoc facility, but we understand that Mr. Hu's assignment has not yet been finalized despite those efforts. We anticipate that the requested adjournment will provide adequate time for Mr. Hu's assignment to be finalized before his surrender. The Government has authorized me to state that it does not object to this request for adjournment.

          Very truly yours,

          /s/ Howard Schiffman

          Howard Schiffman
          Schulte Roth & Zabel LLP

          /s/ Barry A. Bohrer

          Barry A. Bohrer
          Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

cc: AUSAs Alex Rossmiller, Drew Skinner, and Negal Tekeei